IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ERIC L. JOHNSON, as Temporary Receiver of BF Labs, Inc., a corporation organized and existing under the laws of the State of Wyoming,** ) ) ) ) ) | |
| v. ) ) | Case No. 14-mc-00074 |
| **Real and personal property of BF Labs, Inc. in the District of Nebraska,** ) ) | |

## MOTION TO REFUND FILING FEE BALANCE

Eric L. Johnson, as temporary receiver of BF Labs, Inc., a corporation organized and existing under the laws of the State of Wyoming ("Temporary Receiver"), states as follows:

1. On September 28, 2014, the law firm of Spencer Fane Britt & Browne LLP paid a filing fee in the amount of $400 for the opening of this miscellaneous proceeding. The proper amount of the filing fee is $46.

2. The Temporary Receiver requests that a refund be credited back to Spencer Fane's originating account in the amount of $354 representing the difference in the two filing fees.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

  /s/ Josh Dickinson
Josh Dickinson            NE #23700
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:      (816) 474-8100
Facsimile:       (816) 474-3216
jdickinson@spencerfane.com

Attorneys for Temporary Receiver Eric L. Johnson

WA 6161983.1